No. 96–7742.  BIANCHI v. WOOD, SUPERINTENDENT, WASHING-
TON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 96–7778.  MCNAMARA v. MARYLAND.  Ct. Sp. App. Md.
Certiorari denied.

No. 96–7791.  BUMPASS v. JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.  Certiorari denied.

No. 96–7832.  SINGLETON v. NEVADA.  Sup. Ct. Nev.  Certio-
rari denied.

No. 96–7841.  THOMAS v. WEST, SECRETARY OF THE ARMY.
C. A. 10th Cir.  Certiorari denied.

No. 96–7843.  WHARTON v. JOHNSON ET AL.  C. A. 3d Cir.
Certiorari denied.

No. 96–7854.  EASTER v. NORRIS, DIRECTOR, ARKANSAS DE-
PARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 96–7864.  KELLY v. MERIT SYSTEMS PROTECTION BOARD.
C. A. Fed. Cir.  Certiorari denied.

No. 96–7904.  TAYLOR v. UNITED STATES.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 96–7907.  GARIN v. UNITED STATES.  C. A. 8th Cir.  Cer-
tiorari denied.

No. 96–7916.  JOHNSON v. UNITED STATES.  Ct. App. D. C.
Certiorari denied.

No. 96–7917.  LICCIARDI v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 96–7919.  MARSHALL v. ILLINOIS.  App. Ct. Ill., 1st Dist.
Certiorari denied.

No. 96–7923.  KOCH v. STEWART, DIRECTOR, ARIZONA DEPART-
MENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari de-
nied.